No. 78–6. Moore et al. v. Sims et ux. D. C. S. D. Tex. Probable jurisdiction noted.

No. 78–329. Bellotti, Attorney General of Massachusetts, et al. v. Baird et al.; and
No. 78–330. Hunerwadel v. Baird et al. Appeals from D. C. Mass. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 450 F. Supp. 997.

No. 78–357. Williams et al. v. Brown et al. Appeal from C. A. 5th Cir. Probable jurisdiction noted and case set for oral argument with No. 77–1844, *City of Mobile* v. *Bolden* [probable jurisdiction noted, *ante,* p. 815].

No. 78–58. Brown v. Felsen. C. A. 10th Cir. Certiorari granted.

No. 78–90. Burch et al. v. Louisiana. Sup. Ct. La. Certiorari granted.

No. 78–275. Oscar Mayer & Co. et al. v. Evans. C. A. 8th Cir. Certiorari granted.

No. 78–334. Fare, Acting Chief Probation Officer v. Michael C. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–5072. Davis v. Passman. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.